HEATHER E. WILLIAMS, #122664
Federal Defender
ANN H. MCGLENON, #100433
Assistant Federal Defenders
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950
ann_mcglenon@fd.org

Attorney for Defendant
ESTEBAN RODRIGUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:16-cr-00068 DAD-BAM-1 |
| Plaintiff, | ) ) | STIPULATION TO MODIFY CONDITIONS OF PRE-TRIAL RELEASE AND [PROPOSED] ORDER |
| vs. | ) ) | |
| ESTEBAN RODRIGUEZ, | ) ) | Date:   December 12, 2016 Time:   1:00 PM |
| Defendant. | ) ) ) | Judge:  Hon. Barbara A. McAuliffe |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective counsel, Kimberly A. Sanchez, Assistant United States Attorney, counsel for plaintiff, and Ann H. McGlenon, Assistant Federal Defender, counsel for **defendant, ESTEBAN RODRIGUEZ, that the following conditions be removed from his conditions of pre-trial release:**

> The defendant shall: participate in the following Location Monitoring component and abide by all the requirements of the program, which will include use of a location monitoring system. You shall comply with all instructions for use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company. You shall pay all or part of the costs of the program based upon your ability to pay as

determined by the PSO. **HOME DETENTION**. You shall remain inside your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court ordered obligations; or other activities pre-approved by the pretrial services officer.

**The following condition shall be added**: You shall participate in the following location monitoring program component and abide by all the requirements of the program, which will include having a location monitoring unit installed in your residence and a radio frequency transmitter device attached to your person. You shall comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company. You shall pay all or part of the costs of the program based upon your ability to pay, as determined by the pretrial services officer; **CURFEW**: You shall remain inside your residence every day from 9:00 PM to 6:00 AM, or as adjusted by the pretrial services officer for medical, religious services, employment or Court-ordered obligations. Ryan Beckwith with Pre-trial services does not oppose to this modification.

All other pre-trial release conditions shall remain in full force and effect.

PHILLIP A. TALBERT
Acting United States Attorney

Dated: October 3, 2016    /s/ *Kimberly A. Sanchez*
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILIAMS
Federal Defender

Dated: October 3, 2016    /s/ *Ann H. McGlenon*
ANN H. MCGLENON
Assistant Federal Defenders
Attorney for Defendant
ESTEBAN RODRIGUEZ

**ORDER**

Conditions of Pretrial Release are modified for defendant Esteban Rodriguez as stated in the Stipulation.

IT IS SO ORDERED.

Dated: __October 4, 2016__        /s/ *Barbara A. McAuliffe*
                                  UNITED STATES MAGISTRATE JUDGE