# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ESTEBAN RODRIGUEZ,<br><br>　　　　Defendant. | Case No. 1:16-cr-00068—DAD-BAM<br><br>ORDER REQUIRING ELENA TORRES TO APPEAR ON MARCH 2, 2017 |

　　Elena Torres agreed to be the third party custodian for Defendant Esteban Rodriguez upon his pretrial release. Based upon information received by the Court, Elena Torres shall be ordered to appear on March 2, 2017, at 3:00 p.m. for the Court to consider whether she should be held in contempt for her failure to fulfil her obligations as third party custodian.

　　Accordingly, IT IS HEREBY ORDERED that:

1. Elena Torres shall personally appear before Magistrate Judge Stanley A. Boone on March 2, 2017, at 3:00 p.m. in Courtroom 9; and

2. Pretrial services shall notify Elena Torres that she is required to appear for the March 2, 2017 hearing.

IT IS SO ORDERED.

Dated:　**February 24, 2017**　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE