# UNITED STATES DISTRICT COURT
for the

# Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) )    Case No.   1:16-CR-00068-DAD-BAM |
| ESTEBAN RODRIGUEZ, | ) |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1)  The defendant must not violate federal, state, or local law while on release.

(2)  The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(3)  The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

    The defendant must appear at:  **United States District Court, 2500 Tulare Street, Fresno, California**

*Place*

on  **July 8, 2022 at 2:00 p.m. before Magistrate Judge Stanley A. Boone**

*Date and Time*

## ADDITIONAL CONDITIONS OF RELEASE

Upon finding that release by one of the above methods will not by itself reasonably assure the appearance of the defendant and the safety of other persons and the community, it is FURTHER ORDERED that the release of the defendant is subject to the conditions marked below:

☐    (4)    The defendant is placed in the custody of:

         Name of person or organization:

who agrees (a) to supervise the defendant in accordance with all conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.

SIGNED: _____     SIGNED: _____
                         CUSTODIAN                                                       CUSTODIAN

☒    (5)    <u>The defendant shall:</u>
     ☒    (a)    Participate in an outpatient correctional treatment program to obtain assistance for drug or alcohol abuse, including but not limited to a minimum of 4 (four) counseling sessions per month.
     ☒    (b)    Participate in a program of testing (i.e., breath, urine, sweat patch, etc.) to determine if he has reverted to the use of drugs or alcohol, including but not limited to a minimum of 4 (four) drug tests per month.
     ☒    (c)    Participate in mental health treatment, and take medication as prescribed by Dr. Barnette, or any other doctor associated with his mental health treatment.
     ☒    (d)    All previously imposed conditions remain in full force and effect.

Date: **May 23, 2022**

_____
UNITED STATES MAGISTRATE JUDGE