1  PHILLIP A. TALBERT
United States Attorney
2  LAUREL J. MONTOYA
Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
Fresno, CA 93721
4  Telephone:  (559) 497-4000
Facsimile:  (559) 497-4099
5

6  Attorneys for Plaintiff
United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,                    CASE NO.  1:16-CR-00068-ADA

11                          Plaintiff,            MOTION TO DISMISS SUPERSEDING PETITION
                                                 [FED. R. CRIM. PROC. 48(a)]
12              v.

13  ESTEBAN RODRIGUEZ,

14                          Defendants.

15

16         Comes now the United States, by and through its attorneys of record, PHILLIP A. TALBERT,

17  United States Attorney, and LAUREL J. MONTOYA, Assistant U.S. Attorney, and request leave of the

18  Court to dismiss the Superseding Petition, ECF 61, with the agreement of the assigned U.S. Probation

19  Officer Adrian Garcia, in this case as to the above-named defendant in the interest of justice.  This

20  request is made because the defendant is now in compliance with the terms of his supervised release, has

21  completed the WestCare drug treatment program in October 2022, is currently in drug treatment with

22  testing, and is gainfully employed.

23         All parties are in agreement with this request.

24   Dated:  December 8, 2022                     PHILLIP A. TALBERT
                                                 United States Attorney
25

26                                          By:  /s/ LAUREL J. MONTOYA
                                                 LAUREL J. MONTOYA
27                                               Assistant United States Attorney

28

   MOTION TO DISMISS INDICTMENT; ORDER                 1

1

**ORDER**

2          IT IS SO ORDERED that the Superseding Petition be dismissed and the defendant remain on

3    supervised release as previously ordered.

4

5

6    IT IS SO ORDERED.

7          Dated:    December 8, 2022          _____

                                               UNITED STATES DISTRICT JUDGE
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28